# EXHIBIT B

**John Casey**
**Transactions in AMARIN CORPORATION PLC (AMRN) Securities**
**Class Period: 09/24/2018 and 11/09/2018, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| Net Funds Expended | $50,820.00 |
| Net Options Bought | 90 |
| Losses | $35,070.00 |

Options

| Date of Transaction | Transaction Type | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 10/31/2018 | BO | 10.00 | 5.17 | $5,170.00 |
| 10/31/2018 | BO | 10.00 | 5.10 | $5,100.00 |
| 11/5/2018 | BO | 9.00 | 6.90 | $6,210.00 |
| 11/5/2018 | BO | 11.00 | 6.90 | $7,590.00 |
| 11/6/2018 | BO | 10.00 | 7.00 | $7,000.00 |
| 11/6/2018 | BO | 10.00 | 6.70 | $6,700.00 |
| | *After CP* | | | |
| 11/12/2018 | SC | (30.00) | 2.84 | ($8,520.00) |
| 1/18/2019 | Option Expired | (30.00) | 0.00 | $0.00 |

Options

| Date of Transaction | Transaction Type | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 10/31/2018 | BO | 20.00 | 3.80 | $7,600.00 |
| 11/6/2018 | BO | 10.00 | 5.45 | $5,450.00 |
| | *After CP* | | | |
| 11/12/2018 | BO | 40.00 | 2.50 | $10,000.00 |
| 11/15/2018 | SC | (20.00) | 2.25 | ($4,500.00) |
| 11/15/2018 | SC | (20.00) | 2.35 | ($4,700.00) |
| 11/15/2018 | SC | (20.00) | 2.39 | ($4,780.00) |
| 11/15/2018 | SC | (20.00) | 2.45 | ($4,900.00) |
| 11/15/2018 | SC | (20.00) | 2.45 | ($4,900.00) |
| 11/15/2018 | SC | (20.00) | 2.45 | ($4,900.00) |
| 11/15/2018 | SC | (20.00) | 2.50 | ($5,000.00) |
| 11/15/2018 | SC | (20.00) | 2.60 | ($5,200.00) |