## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBENDRA SHARMA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMARIN CORPORATION PLC, JOHN F. THERO, and STEVEN KETCHUM,<br><br>Defendants. | Civil Action No. 3:19-cv-06601<br>Hon. Brian R. Martinotti<br><br>**CLASS ACTION**<br><br>**MOTION DAY: May 20, 2019** |



### ORDER APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF COUNSEL

Upon consideration of the Joint Stipulation Resolving Pending Lead Plaintiff Motions, all other pleadings and argument submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Dan Kotecki ("Kotecki") and Gaetano Cecchini as Trustee of the Gaetano Cecchini Living Trust ("Cecchini") are **APPOINTED** to serve as Co-Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in this case and all related actions consolidated pursuant to paragraph 3 of this Order.

2. Kotecki's and Cecchini's selection of Lead Counsel is **APPROVED**, and Faruqi & Faruqi, LLP and Gibbs Law Group LLP are **APPOINTED** as Lead Counsel for the proposed class.

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes within this action and are subject to this order.

4. This action shall be captioned "*In re Amarin Corporation plc Securities Litigation*" and the file shall be maintained under Master File No. 3:19-cv-06601.

5. Lead Counsel and counsel for Defendants shall meet and confer and shall, within seven days of the entry of an order appointing Lead Plaintiffs and approving the selection of Lead Counsel, jointly propose a schedule for the filing of Plaintiffs' amended complaint and the briefs relating to Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 14, 2019

HON. BRIAN MARTINOTTI
UNITED STATES DISTRICT JUDGE