UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMARIN CORPORATION PLC<br>SECURITIES LITIGATION | No. 3:19-cv-06601 |

**STIPULATION AND [REDACTED] ORDER REGARDING SCHEDULE FOR LEAD PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO**

Lead Plaintiffs Dan Kotecki ("Kotecki") and Gaetano Cecchini, as Trustee of the Gaetano Cecchini Living Trust ("Cecchini"), and Defendants Amarin Corporation plc, John F. Thero, and Steven B. Ketchum, by and through their respective counsel of record, hereby agree and stipulate to the following schedule for the filing of Lead Plaintiffs' amended complaint and Defendants' response thereto.

WHEREAS, on May 14, 2019, the Court entered an Order appointing Kotecki and Cecchini as Lead Plaintiffs and Faruqi & Faruqi, LLP and Gibbs Law Group LLP as Lead Counsel for the putative class (ECF No. 34);

WHEREAS, on May 14, 2019, the Court ordered that, within seven days, Lead Plaintiffs' Counsel and Counsel for Defendants jointly propose a schedule for the filing of Lead Plaintiffs' amended complaint and the briefs relating to Defendants' response thereto;

WHEREAS, Lead Plaintiffs and Defendants (collectively, the "Parties") have conferred on a schedule for the filing of an amended complaint, Defendants' response thereto, Plaintiffs'

1

opposition to any response, and Defendants' reply thereto and have taken into account the schedules of the Parties and their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to approval of the Court, as follows:

1. Lead Plaintiffs' amended complaint is due by July 22, 2019;

2. Defendants' response to the amended complaint is due by September 20, 2019;

3. If Defendants file a motion to dismiss, Lead Plaintiffs' opposition to Defendants' motion to dismiss is due by November 8, 2019; and

4. If Defendants file a motion to dismiss, Defendants' reply in connection with their motion to dismiss is due by December 19, 2019.

Dated: May 21, 2019

| | |
|---|---|
| By: /s/ Sherief Morsy<br>Sherief Morsy<br>Richard W. Gonnello<br>Megan M. Sullivan<br>**FARUQI & FARUQI, LLP**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Ph: (212) 983-9330<br>Fx: (212) 983-9331<br>Email: rgonnello@faruqilaw.com<br>msullivan@faruqilaw.com<br>smorsy@faruqilaw.com<br><br>*Co-Lead Counsel* | By: /s/ Bruce D. Greenberg<br>Bruce D. Greenberg<br>**LITE DEPALMA GREENBERG, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Ph: (973) 623-3000<br>Fx: (973) 623-0858<br>Email: bgreenberg@litedepalma.com<br><br>*Plaintiffs' Counsel* |

Eric H. Gibbs (*pro hac vice* forthcoming)
David Stein (*pro hac vice* forthcoming)
John A. Kehoe (*pro hac vice* forthcoming)
Amanda M. Karl (*pro hac vice* forthcoming)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Ph: (510) 350-9700
Fx: (510) 350-9701
Email: ehg@classlawgroup.com
ds@classlawgroup.com
jak@classlawgroup.com
amk@classlawgroup.com

*Co-Lead Counsel*

By: */s/ Jonathan Rotenberg*
Jonathan Rotenberg
Bruce G. Vanyo
Christina L. Costley
**KATTEN MUCHIN ROSENMAN LLP**
575 MADISON AVENUE
NEW YORK, NY 10022
Ph: (212) 940-6405
Fx: (212) 940-8776
Email: jonathan.rotenberg@kattenlaw.com
bruce@kattenlaw.com
christina.costley@kattenlaw.com

*Attorneys for Defendants Amarin Corporation plc, John F. Thero, and Steven B. Ketchum*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 23, 2019

_____
THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT COURT JUDGE

3