# **Exhibit V**

| Date | Open | High | Low | Close | Adj Close | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| 9/17/2018 | 2.98 | 3 | 2.82 | 2.83 | 2.83 | 2652700 |
| 9/18/2018 | 2.86 | 2.88 | 2.65 | 2.76 | 2.76 | 3875600 |
| 9/19/2018 | 2.78 | 2.88 | 2.72 | 2.85 | 2.85 | 3002800 |
| 9/20/2018 | 2.85 | 2.97 | 2.78 | 2.93 | 2.93 | 3002500 |
| 9/21/2018 | 3 | 3.02 | 2.88 | 2.99 | 2.99 | 4265400 |
| 9/24/2018 | 10.44 | 12.47 | 9.51 | 12.4 | 12.4 | 163103800 |
| 9/25/2018 | 12.21 | 14.64 | 11.96 | 13 | 13 | 106330700 |
| 9/26/2018 | 13.11 | 14.11 | 12.88 | 13.45 | 13.45 | 42146500 |
| 9/27/2018 | 13.5 | 14.7 | 13.45 | 13.83 | 13.83 | 34481500 |
| 9/28/2018 | 14 | 16.34 | 13.92 | 16.27 | 16.27 | 38236700 |
| 10/1/2018 | 17.200001 | 18.48 | 15.72 | 16.030001 | 16.030001 | 54820700 |
| 10/2/2018 | 15.8 | 16.719999 | 15.02 | 15.96 | 15.96 | 24614900 |
| 10/3/2018 | 15.96 | 19.18 | 15.76 | 18.200001 | 18.200001 | 38993700 |
| 10/4/2018 | 18.85 | 20.5 | 18.549999 | 20.290001 | 20.290001 | 51498900 |
| 10/5/2018 | 20.1 | 20.25 | 18.950001 | 19.799999 | 19.799999 | 24995600 |
| 10/8/2018 | 19.700001 | 20.43 | 18.42 | 18.91 | 18.91 | 17626400 |
| 10/9/2018 | 18.530001 | 19.030001 | 16.65 | 17.6 | 17.6 | 24536500 |
| 10/10/2018 | 17.48 | 17.58 | 16.799999 | 17.34 | 17.34 | 10766300 |
| 10/11/2018 | 17.530001 | 19.540001 | 17.43 | 19.309999 | 19.309999 | 20016600 |
| 10/12/2018 | 20.5 | 21.049999 | 18.9 | 19.65 | 19.65 | 20515500 |
| 10/15/2018 | 19.17 | 19.709999 | 18.58 | 19.290001 | 19.290001 | 7760500 |
| 10/16/2018 | 19.4 | 20.459999 | 19.34 | 20.120001 | 20.120001 | 13437800 |
| 10/17/2018 | 20.25 | 20.75 | 19.76 | 20.629999 | 20.629999 | 10350900 |
| 10/18/2018 | 20.6 | 21.200001 | 19.74 | 20.110001 | 20.110001 | 10391300 |
| 10/19/2018 | 20.030001 | 20.27 | 19.1 | 19.709999 | 19.709999 | 8591500 |
| 10/22/2018 | 19.889999 | 19.99 | 18.76 | 19.790001 | 19.790001 | 6110600 |
| 10/23/2018 | 19.110001 | 21.93 | 19.030001 | 21.43 | 21.43 | 14338800 |
| 10/24/2018 | 21.370001 | 22 | 20.809999 | 20.91 | 20.91 | 12255500 |
| 10/25/2018 | 20.790001 | 22.040001 | 20.790001 | 21.790001 | 21.790001 | 9862700 |
| 10/26/2018 | 21.48 | 22.120001 | 20.93 | 21.959999 | 21.959999 | 8915000 |
| 10/29/2018 | 23.059999 | 23.1 | 20.950001 | 21.18 | 21.18 | 13999700 |
| 10/30/2018 | 20.77 | 21.299999 | 19.540001 | 20.76 | 20.76 | 10349400 |
| 10/31/2018 | 20.950001 | 21.540001 | 20.24 | 20.83 | 20.83 | 9700800 |
| 11/1/2018 | 20.870001 | 22.83 | 20.82 | 22.639999 | 22.639999 | 13285400 |
| 11/2/2018 | 22.379999 | 22.9 | 21.34 | 22.870001 | 22.870001 | 10373300 |
| 11/5/2018 | 22.92 | 23.139999 | 22.52 | 22.98 | 22.98 | 7996800 |
| 11/6/2018 | 23.09 | 23.34 | 22.389999 | 22.68 | 22.68 | 8702700 |
| 11/7/2018 | 22.82 | 22.9 | 21.549999 | 22.040001 | 22.040001 | 8117900 |
| 11/8/2018 | 22.01 | 22.110001 | 21.280001 | 21.299999 | 21.299999 | 7937100 |
| 11/9/2018 | 21.27 | 21.65 | 20.16 | 21.049999 | 21.049999 | 12086400 |
| 11/12/2018 | 20.15 | 21.030001 | 17.4 | 19.82 | 19.82 | 39019800 |
| 11/13/2018 | 19.41 | 19.98 | 14.76 | 15.38 | 15.38 | 35406600 |
| 11/14/2018 | 16.01 | 16.549999 | 13.56 | 16.120001 | 16.120001 | 30758200 |
| 11/15/2018 | 17.110001 | 19.200001 | 16.65 | 17.719999 | 17.719999 | 23752800 |