# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMARIN CORPORATION PLC SECURITIES LITIGATION | Civil Action No. 3:19-cv-06601<br>Hon. Brian R. Martinotti<br><br>**CLASS ACTION** |

## FINAL JUDGMENT OF DISMISSAL

On March 29, 2021, the Court issued an Opinion (ECF No. 82) and Order (ECF No. 83) granting, without prejudice, Defendants' motion to dismiss (ECF No. 51) Lead Plaintiffs' Amended Class Action Complaint and Demand for Jury Trial ("First Amended Complaint") (ECF No. 43) for the failure to state a claim.

On April 29, 2021, Lead Plaintiffs filed a notice informing the Court of their intention to stand on their First Amended Complaint and requesting that the Court enter a final judgment of dismissal so that they may appeal the Court's prior opinion and order to the Court of Appeals for the Third Circuit.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed.

**IT IS SO ORDERED**.

DATED: 4/30/2021

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

1