# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMARIN CORPORATION PLC SECURITIES LITIGATION | Civil Action No. 3:19-cv-06601<br>Hon. Brian R. Martinotti<br><br>**CLASS ACTION** |

## LEAD PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Court-appointed Lead Plaintiffs Dan Kotecki ("Kotecki") and Catherine Little-Hunt, as Trustee of the Gaetano Cecchini Living Trust (together "Plaintiffs"), appeal to the United States Court of Appeals for the Third Circuit from the Court's March 29, 2021 Opinion (ECF No. 82), March 29, 2021 Order (ECF No. 83), and April 30, 2021 Final Judgment (ECF No. 85), granting Defendants' Motion to Dismiss the Amended Class Action Complaint and dismissing the action. Copies of the Opinion, Order, and Judgment are attached hereto as Exhibits A, B, and C, respectively.

Dated: June 1, 2021

| | |
|---|---|
| By: /s/ Alex Hartzband | By: /s/ Bruce D. Greenberg |
| Alex Hartzband<br>Megan M. Remmel (*pro hac vice*)<br>**FARUQI & FARUQI, LLP**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Ph: (212) 983-9330 | Bruce D. Greenberg<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Ph: (973) 623-3000 |

1

Fx: (212) 983-9331
Email: mremmel@faruqilaw.com
ahartzband@faruqilaw.com

*Co-Lead Counsel*

Fx: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Plaintiffs' Counsel*

Eric H. Gibbs (*pro hac vice*)
David Stein (*pro hac vice*)
John A. Kehoe (*pro hac vice* forthcoming)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Ph: (510) 350-9700
Fx: (510) 350-9701
Email: ehg@classlawgroup.com
ds@classlawgroup.com
jak@classlawgroup.com

*Co-Lead Counsel*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2021, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

| | |
|---|---|
| DATED: June 1, 2021 | By: s/ *Alex J. Hartzband* |
| | Alex J. Hartzband (#158222016) |