# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE AMARIN CORPORATION PLC
SECURITIES LITIGATION

Case No. 3:19-cv-06601 (BRM) (TJB)

**ORDER**

**THIS MATTER** is opened to the Court by three motions: (1) a Motion to Dismiss filed by Amarin Corporation, PLC ("Amarin"), Craig B. Granowitz, Steven Ketchum, John F. Thero, and Joseph S. Zakrzewski (collectively, "Defendants"), seeking to dismiss Gaetano Cecchini, as Trustee of the Gaetano Cecchini Living Trust, and Dan Kotecki's (together, "Plaintiffs") Amended Class Action Complaint ("Amended Complaint") (ECF No. 51); (2) Plaintiffs' Motion to Strike exhibits attached to Defendants' Motion to Dismiss (ECF No. 52); and (3) Plaintiffs' Motion to Strike exhibits attached to Defendants' reply (ECF No. 63). Plaintiffs filed an opposition to Defendants' Motion to Dismiss (ECF No. 53), and Defendants filed a reply to Plaintiffs' opposition. (ECF No. 58.) Further, Defendants filed oppositions to Plaintiffs' Motions to Strike (ECF Nos. 56, 64), and Plaintiffs filed replies to Defendants' oppositions (ECF Nos. 57, 65.) Having reviewed the parties' submissions filed in connection with the Motion, for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 29th of March 2021,

**ORDERED** that Plaintiffs' First Motion to Strike (ECF No. 52) and Plaintiffs' Second Motion to Strike (ECF No. 63) are **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 51) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint (ECF No. 43) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may file a Second Amended Complaint curing the deficiencies raised in the accompanying Opinion by **April 29, 2021.**

*s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE