UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-2071
_____

IN RE: AMARIN CORPORATION PLC SECURITIES LITIGATION

Dan Kotecki and Catherine Little-Hunt, as Trustee of the Gaetano Cecchini Living Trust,
Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3:19-cv-06601)
District Judge:  Honorable Brian R. Martinotti
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
June 9, 2022
_____

Before:  CHAGARES, Chief Judge, AMBRO and FUENTES, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was submitted on June 9, 2022.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on April 30, 2021, is **AFFIRMED**. Costs to be taxed against Appellants.  All of the above in accordance with the Opinion of this Court.

2

                                                                                                                     ATTEST:

                                                                                    <u>s/ Patricia S. Dodszuweit</u>  
Dated: June 14, 2022                                                                       Clerk